IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEAF FUNDING, INC., | * | Case No.: 8:07CV134 |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| SBS AUTO GROUP, LLC | * | **ORDER OF DISMISSAL** |
| et al., | * | **(DEFENDANTS SBS LAND** |
| | * | **DEVELOPMENT, LLC AND** |
| Defendants. | * | **LAWRENCE FELDHACKER)** |
| | * | |

The matter came before this Court on consideration of a Stipulation for Dismissal with Prejudice between the Plaintiff and Defendants SBS Land Development, LLC and Lawrence Feldhacker.

**IT IS HEREBY ORDERED** that Plaintiff's Complaint, and all causes of action contained therein, is dismissed with prejudice as to Defendants SBS Land Development, LLC and Lawrence Feldhacker, each party to pay its own costs and attorneys fees. This dismissal shall not impact or release the judgments against Defendants SBS Auto Group, LLC and Sheridan Auto Group, LLC.

DATED this 9th day of October, 2007.

\  BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge